IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TYLER LEE MILTON,

    Plaintiff,

v.

JOHN ORADA, et al.,

    Defendants.

ORDER

Case No. 17-cv-587-jdp

On July 31, 2017, I entered an order assessing plaintiff Tyler Lee Milton an initial partial payment of $6.67 due by August 21, 2017. On August 17, 2017 plaintiff filed a letter indicating that he is unable to pay the $6.67 initial partial payment because he has no funds in his release account and less than $1.00 in his regular account. However, plaintiff has not provided the court with any documentation that shows the steps he has taken to request funds to pay the initial partial from the institution's business office; nor has plaintiff provided the court with an updated trust account statement that shows plaintiff currently does not have funds to pay the $6.67 initial partial from his regular and/or release accounts.

Therefore, before I can determine whether plaintiff currently has no means to make the full initial partial payment, plaintiff will need to submit a trust fund account statement beginning approximately February 22, 2017 and ending approximately August 22, 2017.

ORDER

IT IS ORDERED that plaintiff Tyler Lee Milton may have an enlargement of time until September 13, 2017 to submit a *certified* trust fund account statement for the period beginning approximately February 22, 2017 and ending approximately August 22, 2017. If,

1

by September 13, 2017, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 22nd day of August, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge