IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TYLER LEE MILTON,

          Plaintiff,

   v.

JOHN ORADA, MR. JOHNSON, and MR. CRAFT,

          Defendants.

ORDER

17-cv-587-jdp

---

Plaintiff Tyler Lee Milton, appearing pro se, alleges that when he was detained at the Lincoln Hills School as a juvenile, he was assaulted by staff during an escort. Defendants filed a motion for summary judgment based on Milton's failure to exhaust his administrative remedies. Milton responded by filing a motion to dismiss his case. Defendants do not object. I will dismiss the case without prejudice, the same result as if I were to grant defendants' motion for summary judgment on exhaustion grounds.

## ORDER

IT IS ORDERED that this case is DISMISSED without prejudice under Federal Rule of Civil Procedure 41(a)(2).

Entered August 1, 2018.

BY THE COURT:

/s/

_____

JAMES D. PETERSON
District Judge